**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AILEEN GARCES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY and THE HAIN CELESTIAL GROUP, INC.,<br><br>Defendants. | Case No. 1:21-CV-719<br><br>The Hon. John Robert Blakey |

**DEFENDANT THE HAIN CELESTIAL GROUP, INC.'S AGREED MOTION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING**

Defendant The Hain Celestial Group, Inc. ("Hain Celestial"), by and through its undersigned attorneys, respectfully moves this Court for an order extending its deadline to respond to Plaintiff's complaint by forty-four days, from March 3, 2021 until April 16, 2021. Hain Celestial seeks an extension of time so that it can investigate and analyze the factual allegations set forth in Plaintiff's complaint and consider whether, and how, this case should be coordinated with the numerous other class action lawsuits pending in federal courts around the country concerning the alleged presence of heavy metals in certain baby food products manufactured and sold by Hain Celestial.

Counsel for Hain Celestial has conferred with Thomas Zimmerman, counsel for Plaintiff Aileen Garces, who has confirmed that Plaintiff consents to the extension sought herein.

WHEREFORE, Hain Celestial respectfully requests that this Court issue an Order continuing its deadline to respond to the Complaint from March 3, 2021 until April 16, 2021.

Dated: February 23, 2021 Respectfully submitted,

By: */s/ Dean N. Panos*
     Dean N. Panos

Dean N. Panos (Illinois Bar #6203600)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
dpanos@jenner.com

Kate T. Spelman
Alexander M. Smith
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
(213) 239-5100
kspelman@jenner.com
asmith@jenner.com

*Attorneys for The Hain Celestial Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed on February 23, 2021 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: February 23, 2021      By: */s/ Dean N. Panos*
     Dean N. Panos