UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AILEEN GARCES, et al., | Case No. 1:21-cv-719 |
| Plaintiffs, | The Honorable John Robert Blakey |
| v. | |
| GERBER PRODUCTS COMPANY, et al., | |
| Defendants. | |

**DEFENDANTS' GERBER PRODUCTS COMPANY
AND THE HAIN CELESTIAL GROUP, INC.'S AGREED MOTION
TO CONTINUE DEADLINES TO FILE RESPONSIVE PLEADINGS**

Defendants Gerber Products Company ("Gerber") and The Hain Celestial Group, Inc. ("Hain") respectfully request an extension of their respective deadlines to file a responsive pleading by sixty days, from April 16, 2021 until June 15, 2021. In support of their motion, Gerber and Hain Celestial state as follows:

1. Plaintiffs filed this action, which concerns the alleged presence of naturally-occurring heavy metals in certain baby and toddler foods manufactured by Defendants (including Gerber and Hain), on February 8, 2021. ECF No. 1. The current deadline for Gerber and Hain to file a responsive pleading is April 16, 2021. ECF Nos. 11, 15.

2. On April 2, 2021, Defendants, including Gerber and Hain, moved to sever Plaintiffs' claims against the various manufacturer Defendants and transfer those claims to each Defendant's respective home jurisdiction. ECF No. 36. Plaintiffs' opposition to that motion is currently due on April 28, 2021, and Defendants' reply is due on May 12, 2021. ECF No. 38.

3. On April 15, 2021, Plaintiffs' counsel, Tom Zimmerman, informed counsel for

1

Gerber and Hain that Plaintiffs intended to seek leave to file a Second Amended Complaint and to stay the action pending the disposition of the Judicial Panel on Multidistrict Litigation's ruling on a petition to consolidate all of the pending "baby food" cases throughout the United States into a single multidistrict litigation pursuant to 28 U.S.C. § 1407.

4. In light of the uncertainty as to whether this action will proceed in this Court at all, as well as Plaintiffs' stated intention to seek leave to file a Second Amended Complaint, Gerber and Hain respectfully submit that a 60-day extension would conserve the resources of the parties and the Court.

5. Counsel for Gerber and Hain have consulted with Mr. Zimmerman regarding this request, and Mr. Zimmerman confirmed that Plaintiffs consent to the extension sought herein.

6. This is Gerber's and Hain's second request for an extension of time in this action, and it is not brought for the purpose of delay.

WHEREFORE, Gerber and Hain respectfully request that this Court issue an order continuing their deadlines to file a responsive pleading from April 16, 2021, to June 15, 2021.

Dated: April 16, 2021

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Dean N. Panos

Dean N. Panos (ARDC No. 6203600)
353 North Clark Street
Chicago, IL 60654-3456
Tel.: (312) 222-9350
dpanos@jenner.com

Attorneys for Defendant
The Hain Celestial Group. Inc.

| | |
|---|---|
| Dated: April 16, 2021 | WHITE & CASE LLP |
| | By: /s/ Matthew R. Devine |
| | Matthew R. Devine (ARDC No. 6282744)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606-4302<br>Tel.: (312) 881-5364<br>matthew.devine@whitecase.com |
| | Attorneys for Defendant<br>Gerber Products Company |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on April 16, 2021 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

| | |
|---|---|
| Dated: April 16, 2021 | By: */s/ Dean N. Panos* |
| | Dean N. Panos |