IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| AILEEN GARCES, EDELIN ALTUVE, JENNY ANDERSON, CARRIE ASHBOURNE, ASHLEE CAMPION, JESSICA CONNER, BRANDY DANIELS, DIEGO GALEANA, APRIL GILLENS, JANDREA GLENN, ELIZABETH HALL, AMBER HOGAN, SAVANNA JARRELL, LASZLO KOVACS, CORI LAU, MICHELLE LYLES, SHALAYA MARTIN, CHRISTINA MARTINSON, MELISSA MEJIA, CHEY'NA MICCICHE, JULIA MILTON, ASHLEY MORGAN, MICHAEL MORROW, STACY MUSTO, CHRIS NALLEY, GLADYS OKOLO, QUEEN POUGH, CORTNEY POWELL, AMY PRONDZINSKI, JESSICA REED, SORAYA SANTOS, KIRA SPURGEON, LINDSEY TARLTON, LIDIA TILAHUN, JULIA VICE, DAMEN WALTON, JENNIFER WEISS, JANICE WILSON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GERBER PRODUCTS CO., THE HAIN CELESTIAL GROUP, INC., NURTURE, INC., and BEECH-NUT NUTRITION CO.,<br><br>    Defendants. | **Case No.: 21 cv 719**<br><br>**Jury Trial Demanded**<br><br>**District Judge John Robert Blakey** |

**DEFENDANT GERBER PRODUCTS CO.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local

Rules of the United States District Court for the Northern District of Illinois, defendant Gerber

Products Company hereby submits the following Corporate Disclosure Statement and Notice of Affiliates.

 Gerber Products Company is wholly owned by Nestle Holdings, Inc., a wholly-owned subsidiary of Nestle S.A., a publicly-traded Swiss corporation, the shares of which are publicly traded in the United States in the form of American Depositary Receipts.

Dated: June 25, 2021.

                Respectfully submitted,

                **WHITE & CASE LLP**
                By: s/ *Matthew R. Devine*
                Matthew R. Devine
                matthew.devine@whitecase.com
                111 South Wacker Drive, Suite 5100
                Chicago, IL 60606
                Telephone: (312) 881-5400
                Facsimile: (312) 881-5450

                *Counsel for Defendant Gerber Product Co.*

## **CERTIFICATE OF SERVICE**

I, Matthew R. Devine, hereby certify that on June 25, 2021, a true and correct copy of the foregoing was served by CM/ECF on all counsel of record.

By: <u>/s/ Matthew R. Devine</u><br>Matthew R. Devine